Andrew D. Winghart, Bar No. 225099
drew@winghartlaw.com
WINGHART LAW GROUP, INC.
495 Seaport Court, Suite 104
Redwood City, California 94063
Telephone:   (650) 780-9716
Facsimile:    (866) 941-8593

Attorneys for Plaintiff, Joseph Ercoli

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ERCOLI, an individual<br><br>Plaintiff,<br><br>v.<br><br>**NEW LEADERS COUNCIL, INC.,** a California Corporation, **NEW LEADERS COUNCIL SAN FRANCISCO,** an unknown entity, and Does 1 through 10, inclusive,<br><br>Defendants | CASE NO:  3:15-cv-4935<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT** |

Plaintiff Joseph Ercoli, an individual and resident of the State of California herby files its Complaint for Damages against New Leaders Council, Inc., a California Corporation, and Does 1 through 20, inclusive, and alleges as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this matter pursuant to 28 USC § 1331, as it is an action for infringement of a federally copyrighted image pursuant to 17 USC §§501 through 505, over which Federal Courts have exclusive jurisdiction pursuant to 28 USC § 1338(a).

2. Venue is proper in this District pursuant to 28 U.S.C. §1391(b)(2) in that a substantial part of the events giving rise to this claim occurred in this District and Defendant New Leaders Council San Francisco has its primary business office in San Francisco, California located in this Judicial District.

## INTRADISTRICT ASSIGNMENT

3. Pursuant to Rule 3-2(c) of the Local Rules for this Court, this is an Intellectual Property Action to be assigned on a District-wide basis.

4. Nevertheless, assignment to the San Francisco Division would be appropriate as Plaintiff is a resident of San Mateo County and the Defendant identifies that it operates within the county of San Francisco.

## PARTIES

5. Plaintiff Joseph Ercoli is a resident of San Carlos, California located in this District and the holder of copyright of a photograph titled "Golden Gate Bridge 75th Anniversary Fireworks," registered with the United States Copyright Office as No. VA0001838721, registered on June 12, 2012.

6.  Defendant New Leaders Council, Inc., ("NLC, Inc.") is registered as a corporation existing pursuant to the laws of the State of California, with its headquarters in La Jolla, California.

7.  Defendant New Leaders Council San Francisco ("NLCSF") identifies itself as an authorized chapter of defendant NLC, Inc., with its headquarters in San Francisco, California and defendant NLC, Inc. at all relevant times, identified defendant NLCSF as an authorized chapter of NLC, Inc.

8.  The true names and capacities, whether individual, corporate, associate or otherwise, of Defendants identified as Does 1 through 20, inclusive is unknown to Plaintiff at this time. Plaintiff therefore sues said defendants by such fictitious names. When the true names and capacities of any or all of these defendants is ascertained, Plaintiff will amend this Complaint accordingly.

9.  Plaintiff is informed and believes that defendants NLC, Inc., NLCSF, and Does 1 through 20, inclusive were at all times mentioned herein were agents, servants, and/or employees of each other and the acts of each defendants alleged herein were performed in the course of that agency, service, and/or employment.

**FIRST CAUSE OF ACTION**
Federal Copyright Infringement by all defendants
[17 USC § 501(a)]

10. On May 27, 2012, Plaintiff Joseph Ercoli, took a photograph of the Golden Gate Bridge during the fireworks display for the 75th anniversary celebration of the Bridge. He developed the photograph, using his talents and experience such that the resulting image was aesthetically impressive. He titled the resulting image "Golden Gate Bridge 75th Anniversary Fireworks." ("GG 75th Anniversary Fireworks").

11. To obtain the protection afforded under the laws of the United States for such works of art, Plaintiff filed with the United States Copyright Office and on or about June 12, 2012, that office registered the image with registration number VA0001838721.

12. Among the exclusive rights granted to the Plaintiff under the Copyright Act is the exclusive right to reproduce the copyrighted material and distribute the copyrighted material to the public.

13. Plaintiff is and was at all relevant times the exclusive owner of the copyright in and related to the GG 75th Anniversary Fireworks image.

14. As late as March 2013, Defendant NLCSF and/or NLC, and other defendants, in order to improve the aesthetic presentation of Defendants' website(s), appropriated Plaintiff's copyrighted image of GG 75th Anniversary Fireworks, and published it on the NLCSF website.

15. Defendants did not seek and failed to obtain Plaintiff's consent or authorization to appropriate, utilize, reproduce, copy, display, or otherwise publish Plaintiff's copyright-protected image.

16. Without permission, defendants, and each of them, intentionally and knowingly reproduced, copied, displayed, and made commercial use of Plaintiff's copyright-protected image.

17. The acts of defendants, and each of them constituted infringement of Plaintiff's copyright, including Plaintiff's exclusive right to reproduce, license, sell, display, or otherwise make use for commercial purposes or otherwise of the GG 75th Anniversary Fireworks image.

18. In addition, defendants, and each of them, in publishing the GG 75th Anniversary Fireworks image, failed to identify the image as the result of Plaintiff's exercise of his experience and talents thus depriving Plaintiff of the additional benefits that he would have obtained from being recognized as someone who produced images of this quality and aesthetic merit.

19. Plaintiff is informed and believes the foregoing act(s) of infringement have been willful and intention, in disregard of, and with indifference to, the rights of the Plaintiff.

20. The knowing and intentional copyright infringement of defendants, and each of them, as alleged herein caused and will continue to cause substantial and irreparable harm to Plaintiff and has and will continue to harm Plaintiff. Plaintiff is therefore entitled to injunctive relief, damages, compensation for the benefits that defendants and each of them obtained through the infringement, and reasonable attorney's fees and costs.

**WHEREFORE**, Plaintiff Joseph Ercoli prays for damages against defendants NLC, Inc., NLCSF, and Does 1 through 20, inclusive as follows:

A. For an award of damages in an amount to be proven at trial for copyright infringement under 17 USC § 501(a);

B. In the alternative to actual damages provided for under 17 USC § 504(b), statutory damages pursuant to 17 USC §504(c), which election Plaintiff will make prior to the rendition of final judgment;

C. For an injunction by this Court pursuant to 17 USC § 502, enjoining defendants, and each of them from displaying, copying, reproducing, publishing, or otherwise making use of the GG 75th Anniversary Fireworks image;

D. For an order compelling defendants, and each of them, to destroy any infringing item, or image, in their possession, or control;

E. For damages to be proven at trial for unjust enrichment;

F. For reasonable attorney's fees as provided for under 17 USC § 505 as part of costs of suit;

G. For all allowable costs of suit; and

H. For such other and further relief as the Court may deem just and equitable.

**DEMAND FOR JURY TRIAL**

Plaintiff JOESEPH ERCOLI respectfully demands a trial by jury in this Action.

Dated this 26th of October, 2015.    WINGHART LAW GROUP, INC.

_____
Andrew D. Winghart
Counsel for Plaintiff JOESEPH ERCOLI