Andrew D. Winghart, Bar No. 225099
drew@winghartlaw.com
WINGHART LAW GROUP, INC.
495 Seaport Court, Suite 104
Redwood City, California 94063
Telephone:   (650) 780-9716
Facsimile:   (866) 941-8593

Attorney for Plaintiff, Joseph Ercoli

Jack Praetzellis (SBN 267765)
jpraetzellis@foxrothschild.com
FOX ROTHSCHILD LLP
345 California Street, Suite 2200
San Francisco, CA 94104
Telephone: (415) 364-5540
Facsimile: (415) 391-4436

Attorneys for Defendant New Leaders Council, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ERCOLI, an individual<br><br>Plaintiff,<br><br>v.<br><br>**NEW LEADERS COUNCIL, INC.,** a California Corporation, **NEW LEADERS COUNCIL SAN FRANCISCO,** an unknown entity, and Does 1 through 10, inclusive,<br><br>Defendants | CASE NO:  3:15-cv-4935<br><br>**STIPULATION & [PROPOSED] ORDER RE: DISMISSAL** |

TO THE COURT:

PLEASE TAKE NOTICE THAT Plaintiff Joseph Ercoli and Defendant New Leader's Counsel, sued in its own name an erroneously sued as New Leaders Counsel San Francisco, have reached a resolution of the above-noted matter and request the Court, pursuant to Fed.R.Civ.P. 41 (a)(1)(A)(ii) to dismiss the matter.

Dated this 30 st of April 2016.

WINGHART LAW GROUP, INC.

_____
Andrew D. Winghart
Counsel for Plaintiff JOESEPH ERCOLI

Dated this 2nd May st of April 2016.

FOX ROTHSCHILD, LLP

_____
Jack Praetzellis (SBN 267765)
Attorneys for Defendant New Leaders Council, Inc.

## ~~[PROPOSED]~~ ORDER

The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this case,

IT IS HEREBY ORDERED that this case be dismissed without prejudice; provided, that if any party hereto shall certify to this Court, within one hundred and fifty (150) days, with proof of service of a copy thereon on opposing counsel, that the terms for this settlement has not been complied with, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

Dated: May 5, 2016

_____
UNITED STATES DISTRICT JUDGE
Judge Maria-Elena James

STIPULATION RE DISMISSAL
(3:15-CV-4935)